**Electronically Filed
Supreme Court
SCWC-22-0000005
07-NOV-2023
11:28 AM
Dkt. 5 ODAC**

SCWC-22-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PAUL H. STERN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000005; CASE NO. 3DTC-19-053119)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge Park and Circuit Judge Kawashima,
assigned by reason of vacancies)

Petitioner/Defendant-Appellant Paul H. Stern's Application

for Writ of Certiorari filed on September 22, 2023, is rejected.

DATED: Honolulu, Hawaiʻi, November 7, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Shanlyn A.S. Park

/s/ James S. Kawashima

